**1722-CC11917**

Electronically Filed - City of St. Louis - December 10, 2017 - 03:33 PM

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

| | |
|---|---|
| ELHADRAMI OULD SIDI MOHAMED ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. |
| vs. ) | |
| ) | Division: |
| RONNIE WESSEL ) | |
| Serve at: 1211 N. Lawrence Avenue ) | |
| Taylorville, IL 62568 ) | |
| Or Where Found ) | |
| Service by Christian County Sheriff ) | |
| ) | |
| Defendant. ) | |

### PETITION

For his causes of action, plaintiff, states:

1. This cause of action arose on April 1, 2017.

2. Defendant Ronnie Wessel had a duty to exercise ordinary care for the safety of the public and, specifically, plaintiff.

3. At approximately 10:45 p.m., plaintiff was driving East on 3rd Street and as he reached the intersection of North Broadway, there was a flashing red light controlling the traffic in both directions, for which plaintiff stopped.

4. Defendant was driving North on North Broadway and as he approached 3rd Street, defendant failed to stop and struck plaintiff who was already in the intersection.

5. Defendant violated the duty to exercise the highest degree of care in that:

    a. Defendant negligently and carelessly failed to keep a careful lookout;



DEFENDANT'S EXHIBIT 1

   b. Defendant negligently and carelessly failed to yield; and,

   c. Defendant negligently and carelessly failed to stop at the red electric signal.

6. As a direct and proximate result of defendant's negligence as aforesaid, plaintiff suffers from the following serious and permanent injuries: defendant either caused, contributed to cause, or aggravate sprains and strains to plaintiff's neck, head and shoulders and that all of said injuries are serious, permanent and progressive in nature; and the nature and use of all said parts and organs are severely impaired and made painful; plaintiff's enjoyment of life has been diminished.

7. As a direct and proximate result of defendant's negligence and carelessness as aforesaid, plaintiff has incurred medical expenses due to ongoing treatment and in the future will be caused to incur further medical expenses in an amount presently undetermined.

8. Plaintiff's Interrogatories Directed to Defendant is attached hereto as Exhibit 1.

9. Plaintiff's Request for Production of Documents is attached hereto as Exhibit 2.

WHEREFORE, plaintiff Elhadrami Ould Sidi Mohamed prays for judgment in his favor and against defendant Ronnie Wessel in an amount that is in excess of this Court's minimum jurisdictional amount that will fairly and adequately

Electronically Filed - City of St. Louis - December 10, 2017 - 03:33 PM

compensate him for his injuries and for such other and further relief as this court deems just and equitable.

THE STOKES LAW OFFICE

*/s/ Brian Stokes*

Brian Stokes, MBE #43496  
Attorney for Plaintiff  
133 South 11th Street, Suite 350  
St. Louis, Missouri 63102  
(314) 621-6969; Phone  
(314) 231-9552; Facsimile

Electronically Filed - City of St. Louis - December 10, 2017 - 03:33 PM